FILE COPY

CHIEF JUSTICE
J.J. KOCH

JUSTICES
 BONNIE LEE GOLDSTEIN
 CRAIG SMITH
 DENNISE GARCIA
 EMILY MISKEL
 MARICELA BREEDLOVE
 NANCY KENNEDY
 TINA CLINTON
 JESSICA LEWIS
 GINO ROSSINI
 CYNTHIA BARBARE
 EARL JACKSON
 MIKE LEE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
5ththeclerk@txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@txcourts.gov

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
04/11/25 1:15:59 PM
Ruben Morin
Clerk

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

Court of Appeals Number: 05-25-00277-CV
Trial Court Case Number: DC-22-05065

"Corrected" **INFORMATION SHEET BY COURT REPORTERS**     CB 4/11/25

*The Court Requests the Court Reporter to complete and file in Tames this form within 7 days of receiving this request. You are expected to file the reporter's record by the original due date. See Tex. R. App. P.35. If a reporter determines that the due date may not be met, please advise the Clerk of the Court of Appeals immediately in writing, stating the reason and the due date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original record due date, each extension not to exceed 30 days in regular appeals and 10 days in accelerated appeals for a total period not to exceed 60 days in regular appeals and 20 days in accelerated appeals.*

| (1) Is there a Reporter's Record | (Y) N |
|---|---|

(2) Are you the only court reporter involved in this appeal? *Charity Parker* - (N) Only Reporter on Case
If not, please provide the names, full addresses, email address and telephone number of all other court reporters below. *Charity Parker, Stovall + Associates*
*Zunie: 214. 695. 2024 / zunie@stovallreporting.com*
*CRYSTAL BROWN HAS NOTHING ON THIS CASE.*

(3) Has the appellant requested that the reporter's record be prepared or has the trial court ordered that the record be prepared? *Unknown*     Y  N  CB 4/11/25

(4) Please select from the following options:
- ◯ A. The appellant has paid for the record.
- ◯ B. The appellant has made arrangements to pay for the record     *Unknown*
- ◯ C. The appellant is appealing as indigent.
- ◯ D. The appellant has not paid or made arrangements to pay for the record and is not appealing as indigent.

*Corrected*     CB
4/11/25